[No. 24447–7–I.  Division One.  November 13, 1990.]

KENTVIEW PROPERTIES, INC., *Appellant,* v. THE CITY OF KENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–13930–7, Marsha J. Pechman, J., entered June 9, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Winsor and Forrest, JJ.